# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| CBS OUTDOOR, INC., as successor to Olympic Outdoor Advertising, Inc., v. VILLAGE OF ITASCA, et al. | FILED: AUGUST 14, 2008<br>08CV4616<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE MASON<br>JFB |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VILLAGE OF ITASCA, ILLINOIS; CLAUDIA GRUBER; JEFF AIANI; MICHAEL LATORIA; ELLEN LEAHY; JEFF PRUYN; RON PUTZELL, and TOM REYNOLDS

| | |
|---|---|
| NAME (Type or print)<br>Michael D. Bersani | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael D. Bersani | |
| FIRM<br>Hervas, Condon & Bersani, P.C. | |
| STREET ADDRESS<br>333 West Pierce Road, Suite 195 | |
| CITY/STATE/ZIP<br>Itasca, IL 60143 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06200879 | TELEPHONE NUMBER<br>630-773-4774 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |