IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CBS OUTDOOR, INC., as successor to Olympic Outdoor Advertising, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> VILLAGE OF ITASCA, ILLINOIS; CLAUDIA GRUBER; JEFF AIANI; MICHAEL LATORIA; ELLEN LEAHY; JEFF PRUYN; RON PUTZELL; TOM REYNOLDS; and WAYNE HUMMER TRUST COMPANY, N.A., as Trustee under Trust Agreement dated 4-16-07 and known as Trust BEV 2384, <br><br> Defendants. | FILED: AUGUST 14, 2008 <br> 08CV4616 <br> JUDGE GOTTSCHALL <br> MAGISTRATE JUDGE MASON <br> JFB <br><br> No. <br><br> (Removed from the Circuit Court of Cook County-Chancery Division, 08 CH 24689) |

## NOTICE OF FILING

**TO:**   Robert J. Weber
30 N. LaSalle Street
Suite 2900
Chicago, IL 60602
312-920-0120

David Letvin
Letvin & Stein
541 N. Fairbanks Court
Suite 2121
Chicago, IL 60611
312-527-2841

**PLEASE TAKE NOTICE** that on August 14, 2008, I electronically filed a Notice of Removal, Civil Cover Sheet and Appearance with the Clerk of the Court using the CM/ECF system, and I hereby certify I have mailed by United States Postal Service, certified mail, return receipt requested, the documents to the following non CM/ECF system participants:

s/MICHAEL D. BERSANI
Michael D. Bersani, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CBS OUTDOOR, INC., as successor to Olympic Outdoor Advertising, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VILLAGE OF ITASCA, ILLINOIS; CLAUDIA GRUBER; JEFF AIANI; MICHAEL LATORIA; ELLEN LEAHY; JEFF PRUYN; RON PUTZELL; TOM REYNOLDS; and WAYNE HUMMER TRUST COMPANY, N.A., as Trustee under Trust Agreement dated 4-16-07 and known as Trust BEV 2384,<br><br>　　　　Defendants. | No.<br><br>(Removed from the Circuit Court of Cook County-Chancery Division, 08 CH 24689) |

### CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2008, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system, and I hereby certify I have mailed by United States Postal Service, certified mail, return receipt requested, the documents to the following non CM/ECF system participants:

Robert J. Weber
30 N. LaSalle Street
Suite 2900
Chicago, IL 60602
312-920-0120

David Letvin
Letvin & Stein
541 N. Fairbanks Court
Suite 2121
Chicago, IL 60611
312-527-2841

　　　　　　　　　s/MICHAEL D. BERSANI
　　　　　　　　　Michael D. Bersani, Bar Number 06200897
　　　　　　　　　Attorneys for Defendants
　　　　　　　　　HERVAS, CONDON & BERSANI, P.C.
　　　　　　　　　333 Pierce Road, Suite 195
　　　　　　　　　Itasca, IL 60143-3156
　　　　　　　　　Phone: 630-773-4774
　　　　　　　　　Fax: 630-773-4851
　　　　　　　　　mbersani@hcbattorneys.com