

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W.  DOBBINS**
            **CLERK**                                                        **312-435-5698**

August 15, 2008

Robert J. Weber
Law Offices of Robert J. Weber
30 North LaSalle Street
Suite 2900
Chicago, IL 60602

RE:    CBS Outdoor, Inc. –V- Village of Itasca, et al.,
         08-cv-4616   Judge Joan B.  Gottschall

Dear Counselor:

The records of this office indicate that on August 14, 2008  a notice of removal pursuant to
28 USC 1441 et seq. was filed with this court in connection with the above referenced
matter.  The notice lists the circuit court case number as   **08 CH 24689.**  The documents
filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require
that an appearance form be filed by an attorney who intends to represent a party in any
proceeding before this Court. For your convenience, a copy of this form is enclosed.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   s/ Haydee Pawlowski
        Deputy Clerk