U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08cv4616
CBS OUTDOOR, INC., as successor to Olympic
Outdoor Advertising, Inc.,
v.
VILLAGE OF ITASCA, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VILLAGE OF ITASCA, ILLINOIS; CLAUDIA GRUBER; JEFF AIANI; MICHAEL LATORIA; ELLEN LEAHY; JEFF PRUYN; RON PUTZELL and TOM REYNOLDS

| | |
|---|---|
| NAME (Type or print) <br> Charles E. Hervas | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Charles E. Hervas | |
| FIRM <br> Hervas, Condon & Bersani, P.C. | |
| STREET ADDRESS <br> 333 W. Pierce Road | |
| CITY/STATE/ZIP <br> Itasca, IL 60143 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06185117 | TELEPHONE NUMBER <br> 630-773-4774 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |