## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number: 08 CV 4616

CBS OUTDOOR, INC. vs. VILLAGE OF ITASCA, ILLINOIS, CLAUDIA GRUBER, JEFF AIANI, MICHAEL LATORIA, ELLEN LEAHY, JEFF PRUYNM RON PUTZELL, TOM REYNOLDS, WAYNE HUMMER TRUST COMPANY NA tut dated 4-16-07 and known as Trust BEV 2384

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WAYNE HUMMER TRUST COMPANY NA tut dated 4-16-07 and known as Trust BEV 2384

| | |
|---|---|
| **NAME** (Type or print) <br> DAVID J. LETVIN | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ David J. Letvin | |
| **FIRM** <br> LETVIN & STEIN | |
| **STREET ADDRESS** <br> 541 N. FAIRBANKS COURT, SUITE 2121 | |
| **CITY/STATE/ZIP** <br> CHICAGO IL 60611 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 1626256 | **TELEPHONE NUMBER** <br> 312/527-2841 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |